**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Harlan M. THOMPSON; Diane**
**C. Thompson, Defendants–**
**Appellants**

**Capitol One Bank; Discover Bank;**
**Maple Leaf Funding,**
**Defendants.**

**No. 15–2263.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 1, 2016.

Filed: Feb. 19, 2016.

Paul Andrew Allulis, Erin E. Lindgren, U.S. Department of Justice, Washington, DC, for Plaintiff–Appellee.

Harlan M. Thompson, Wakefield, NE, pro se.

Diane C. Thompson, Wakefield, NE, pro se.

Before LOKEN, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

Harlan and Diane Thompson appeal the district court's [1] adverse grant of summary judgment in this tax action brought by the United States. We have jurisdiction over this appeal under F.R.A.P. 4(a)(4)(B)(i) because the district court's judgment was final under the "clear and unequivocal manifestation" test. *Goodwin v. United States*, 67 F.3d 149, 151 (8th Cir.1995) (internal quotations marks omitted). After careful de novo review, *see Beaulieu v. Ludeman*, 690 F.3d 1017, 1024 (8th Cir. 2012) (de novo review of grant of summary judgment), we conclude that summary judgment was appropriate for the reasons

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.